UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| Fouad Jr. Maksoud et. al<br><br>Plaintiff<br><br>v.<br><br>U.S. Department of Homeland Security, et. al<br>Defendants. | Case No. 20-CV-01849-TSC<br><br><br><br>Declaration of Evangeline Howard |

I, Evangeline Howard, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am employed by the U.S. Department of State as an attorney in the Office of the Legal Adviser for Consular Affairs, Visas Division. In that capacity I am authorized to search the electronic Consular Consolidated Database of the U.S. Department of State, Bureau of Consular Affairs, for records of non-immigrant and immigrant visas adjudicated at U.S. embassies and consulates overseas and information on petitions approved by and provided to the Department of State by the Department of Homeland Security, United States Citizenship and Immigration Services (USCIS). The following declaration is based on personal knowledge and information acquired in my official capacity in the performance of my official functions.

2. The Consular Consolidated Database (CCD) shows that two diversity immigrant visa (DV) applications were executed in connection with the above-captioned litigation. The visa cases of Fouad Junior Maksoud and his spouse Samar Kleib were both assigned case number 2020AS21308 in our CCD system.

3. The CCD reflects that the U.S. Embassy in Beirut, Lebanon issued a diversity visa to Foad Junior Maksoud on September 17, 2020.

4. The CCD further reflects that the U.S. Embassy in Beirut, Lebanon issued a diversity visa to Samar Kleib on September 17, 2020.

5. On September 18, 2020 I received an email from the Visa Chief at the U.S. Embassy in Beirut informing me that Foad Junior Maksoud had physically collected the visa for both himself and Samar Kleib from the U.S. Embassy in Beirut, Lebanon.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
September 23, 2020

Evangeline Howard
Attorney
Office of the Legal Adviser for Consular Affairs, Visa Division